UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| WILBERT WILLIAMS, IV | : | CIVIL ACTION NO. 2:19-cv-0198 |
|---|---|---|
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| TIMOTHY HOOPER | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 10] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE** as untimely, under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this 23 day of July, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE